**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 01- 173 JRT/FLN**

| | |
|---|---|
| Jason Benepe,<br><br>Plaintiff,<br>vs.<br><br>National Asset Services Company, a foreign Corporation, "Jane" Lowe, Mark Norris and Steve Miller,<br><br>Defendants. | **NOTICE OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, Jason Benepe and his attorneys, that the above-entitled action against Defendants, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**THE BARRY LAW OFFICE, LTD.**
Peter F. Barry
Attorney for Plaintiff
342 East County Road D
St. Paul, Minnesota 55117
Attorney I.D. #: 0266577
Telephone: (651) 714-8800

**CONSUMER JUSTICE CENTER, P.A.**

By: ______________________
Thomas J. Lyons, Jr.
Attorney for Plaintiff
Attorney I.D. #: 249646
342 East County Road D
Little Canada, Minnesota 55117
Telephone: (651) 770-9707

**ORDER**

Based on the above Notice for Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendants, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: 7/2/2001

______________________
Honorable Judge John R. Tunheim
United States District Court



FILED JUL 0 2 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED JUL 0 2 2001
DEPUTY CLERK'S INITIALS ______